# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-2838
LT Case Nos. 2012-CF-001240-A
2022-CF-000079-A

———————————————

DARYL LEE VELTMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce, III,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Attorney General, Daytona Beach, for
Appellee.


February 16, 2024


PER CURIAM.

In this *Anders*[*] appeal, we affirm the revocation of probation and the judgment and sentence imposed upon Veltman. Because the record does not include a written revocation order that identifies the terms and conditions of probation violated, the trial court on remand is instructed to enter a written revocation order that specifies the terms and conditions of probation that Veltman was found to have violated as orally pronounced. *See Font v. State*, 299 So. 3d 627, 627 (Fla. 5th DCA 2020); *Burnem v. State*, 279 So. 3d 1275, 1275–76 (Fla. 5th DCA 2019).

AFFIRMED and REMANDED with instructions.

MAKAR, WALLIS, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

---

[*] *Anders v. California*, 386 U.S. 738 (1967).